UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COURTNEY SHAGREN,<br><br>                  Plaintiff,<br>v.<br><br>NANCY A BERRYHILL, Acting Commissioner of Social Security,<br><br>                  Defendant. | CASE NO. C17-0251RBL<br><br>ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court has considered Magistrate Judge Brian A. Tsuchida's Report and Recommendation and the record and **ORDERS**:

1) The Court adopts the Report and Recommendation.

2) The Commissioner's final decision is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

Dated this 11th day of September, 2017.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge